# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE C. HOOVER, III,<br><br>                   Petitioner,<br><br>      v.<br><br>DANIEL PARAMO, Warden,<br><br>                   Respondent. | Case No. LACV 17-5270-DOC (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

To the extent Petitioner attempts to raise a new claim of ineffective assistance of counsel (Objections at 3-4), this Court declines to consider this belatedly-asserted allegation. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation.[1] Although Petitioner is pro se, he nevertheless had the opportunity to include his new allegation at an earlier time, but failed to do so. Moreover, Petitioner's argument does not present a novel claim in an unsettled area of law.[2]

---

[1] See Brown v. Roe, 279 F.3d 742, 744-45 (9th Cir. 2002).
[2] See Sossa v. Diaz, 729 F.3d 1225, 1231 (9th Cir. 2013).

Petitioner's Objections otherwise lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk serve copies of this Order on the parties.

DATED: June 19, 2018

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE